UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERIC MICHAEL VERWIEBE,

    Defendant.
_____/

Case No. 2:15-cr-31

HON. R. ALLAN EDGAR

## ORDER OF DETENTION

Defendant appeared before the undersigned on December 18, 2015, for an initial appearance and arraignment on an indictment charging one count of Assaulting, Resisting, or Impeding a Federal Officer with a Dangerous Weapon, and one count of Assaulting, Resisting, or Impeding a Federal Officer with Physical Contact. At that time, the government requested the defendant be detained, and counsel for defendant advised the court there was no objection to the request at that time. Defendant was advised that he reserved the right to request a detention hearing at a later date. Accordingly, IT IS HEREBY ORDERED that the defendant shall be detained pending further proceedings.

    IT IS SO ORDERED.

Date: December 21, 2015

    /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    United States Magistrate Judge